USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

UNITED STATES OF AMERICA :
:
    -against- :     19-CR-862 (VEC)
:
:     ORDER
PAUL CUELLO, :
:
                  Defendant. :

------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the case against Defendant Paul Cuello is trial ready;

WHEREAS on December 29, 2021, the parties filed requests to charge and proposed *voir dire* questions, Dkts. 672–675;

WHEREAS on January 21, 2022, the Government filed a motion *in limine*, Dkt. 689;

WHEREAS on January 4, 2022, the Court informed the parties that it had requested that the Clerk's Office schedule a trial in this matter to commence on Tuesday, March 29, 2022, Dkt. 678; and

WHEREAS the final pretrial conference is currently scheduled for Thursday, March 17, 2022 at 2:30 P.M., *id.*

IT IS HEREBY ORDERED that the Court has a high degree of confidence that jury selection and the trial will commence during the week of **March 28, 2022**.  As soon as the date has been firmly established, the Court will inform the parties.  The Court will inform the parties in which courtroom the trial will be held a few days in advance of the trial.

IT IS FURTHER ORDERED that the final pretrial conference, currently scheduled for Thursday, March 17, 2022 at 2:30 P.M., is adjourned to **Tuesday, March 22, 2022 at 3:00 P.M.**  The final pre-trial conference will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that any *Giglio* material, the parties' respective exhibit and witnesses lists, and electronic courtesy copies of the parties' pre-marked exhibits are due no later than **Monday, March 21, 2022**.  The electronic courtesy copies may be delivered to Chambers on a USB key.  The Court encourages the Government to provide Defense counsel and the Court with any § 3500 material by that deadline (the Court's version can be provided electronically).

**SO ORDERED.**

**Dated: February 24, 2022**
      **New York, NY**

                                             **VALERIE CAPRONI**
                                             **United States District Judge**