USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

PAUL CUELLO,

                    Defendant.

---------------------------------------------------------------- X

19-CR-862 (VEC)

<u>ORDER</u>

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 3, 2022, the parties appeared for a change-of-plea hearing; and

    WHEREAS Mr. Cuello entered a plea of guilty, which was accepted by the Court;

    IT IS HEREBY ORDERED that Mr. Cuello's sentencing is scheduled for **Wednesday, June 29, 2022 at 10:30 A.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Pre-sentencing submissions are due no later than **Wednesday, June 15, 2022**.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Dated: March 3, 2022**
       **New York, NY**

                                                          _____
                                                              **VALERIE CAPRONI**
                                                         **United States District Judge**