USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA          :
                                  :
       -against-                  :    19-CR-862 (VEC)
                                  :
                                  :    ORDER
PAUL CUELLO,                      :
                                  :
                   Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Paul Cuello is scheduled to be sentenced on Wednesday, June 29, 2022, Dkt. 726.

IT IS HEREBY ORDERED that, due to a conflict in the Court's calendar, Mr. Cuello's sentencing is adjourned to **Wednesday, July 13, 2022 at 2:00 P.M.**  The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Dated: June 17, 2022**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**